Teresa C. Chow (SBN 237694)
*tchow@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859

**Attorneys for Defendant**
Alani Nutrition LLC
d/b/a Alani Nu

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE AUSTIN, | Case No.: 2:20-cv-04254-JAK-JC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| ALANI NUTRITION, LLC d/b/a ALANI NU, | |
| Defendant. | Complaint Filed: 05/11/20 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE HONORABLE COURT:**

    **PLEASE TAKE NOTICE** that the parties to the above-captioned action ("Action") have reached a settlement in principle of Plaintiff Nicole Austin's claim against Defendant Alani Nutrition LLC d/b/a Alani Nu, and of the Action in its entirety.  The parties are in the process of finalizing their settlement, and anticipate that Plaintiff will file a Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) notice of dismissal within 45 days of the instant Notice, or no later than September 4, 2020.  In light of the foregoing, Defendant respectfully requests that all deadlines and scheduled proceedings in the Action, including but not limited to Defendant's stipulated responsive pleading deadline on July 22, 2020, be vacated.

Dated:  July 22, 2020             Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   */s/ Teresa C. Chow*
         Teresa C. Chow

Attorneys for Defendant
Alani Nutrition LLC d/b/a Alani Nu

- 2 -