Teresa C. Chow (SBN 237694)
tchow@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859

*Attorneys for Defendant*
ALANI NUTRITION LLC
d/b/a ALANI NU

Amy L. Bennecoff Ginsburg
teamkimmel@creditlaw.com
**KIMMEL & SILVERMAN PC**
30 East Butler Pike
Ambler, PA 19002
Telephone:  215.540.8888
Facsimile:   215.540.8817

*Attorneys for Plaintiff*
NICOLE AUSTIN

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALANI NUTRITION, LLC d/b/a ALANI NU,<br><br>    Defendant. | Case No.: 2:20-cv-04254-JAK-JC<br><br>[Hon. John A. Kronstadt, Crtrm. 10B]<br><br>**STIPULATION FOR DISMISSAL [FED. R. CIV. P 41(a)(1)(A)(ii)]**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Action Filed: May 11, 2020 |

**TO THE HONORABLE COURT:**

Plaintiff Nicole Austin ("Plaintiff") and Defendant Alani Nutrition, LLC d/b/a Alani Nu ("Alani," and together with Plaintiff, the "Parties") hereby stipulate, by and through their respective undersigned counsel, pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii) and the Court's Orders dated July 23, 2020 (Dkt. 13) and September 8, 2020 (Dkt. 15), that the above-captioned action ("Action") and the claim asserted therein by Plaintiff against Alani be dismissed with prejudice in its entirety. Further, the Parties stipulate, subject to Court approval, that the Court retain jurisdiction to enforce the September 18, 2020 Confidential Settlement Agreement and Release between the Parties.

**IT IS SO STIPULATED.**

Dated: October 1, 2020      **BAKER & HOSTETLER LLP**

By: */s/ Teresa C. Chow*
    TERESA C. CHOW

*Attorneys for Defendant*
ALANI NUTRITION LLC d/b/a ALANI NU

Dated: October 1, 2020      **KIMMEL & SILVERMAN, P.C.**

By: */S/ Amy L. Bennecoff Ginsburg*
    AMY L. BENNECOFF GINSBURG

*Attorneys for Plaintiff*
NICOLE AUSTIN

**CIVIL LOCAL RULE 5-4.3.4(a)(2)(i) ATTESTATION**

I, Teresa C. Chow, hereby attest that the other signatory listed, Amy L. Bennecoff Ginsburg, on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

*/s/ Teresa C. Chow*
Teresa C. Chow