JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE AUSTIN,<br><br>             Plaintiff<br><br>       v.<br><br>ALANI NUTRITION, LLC d/b/a ALANI NU,<br><br>             Defendants. | No. 2:20-cv-04254-JAK (JCx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL (DKT. 16)** |

Based on a review of the parties' Stipulation for Dismissal (the "Stipulation" (Dkt. 16)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is dismissed with prejudice in its entirety. The Court shall retain jurisdiction to enforce the September 18, 2020 Confidential Settlement Agreement and Release between the parties.

**IT IS SO ORDERED.**

Dated: October 5, 2020

_____
John A. Kronstadt
United States District Judge